|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |

Rajnish Belwariar, et al.,

       Plaintiff(s),

v.

United States Citizenship and Immigration Services,

       Defendant(s).

Case No. 5:25-cv-4814

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jesse Matthew Bless, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Kristina David, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 346347.

6 Vineyard Lane, Georgetown, MA 01833
MY ADDRESS OF RECORD

1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

781-704-3897
MY TELEPHONE # OF RECORD

818-646-7350
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jesse@blesslitigation.com
MY EMAIL ADDRESS OF RECORD

kristina@strashnoylaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 660713.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 10 times in the 12 months preceding this application.

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____      Jesse Matthew Bless
                                               APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of <u>Jesse Matthew Bless</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: <u>  6/9/2025  </u>

_____
UNITED STATES MAGISTRATE JUDGE

