CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RAJNISH BELWARIAR, *et al*.,<br><br>              Plaintiffs,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>              Defendant. | Case No.5:25-cv-04814 NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

      The parties conferred and respectfully request the Court to stay proceedings in this case for a limited time, until November 17, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      Plaintiffs filed this action seeking adjudication of their Form I-526E, Petition for Alien Entrepreneur, and Form I-485, Application for Adjustment of Status.  United States Citizenship and Immigration Services ("USCIS") has adjudicated and approved the applications for Plaintiff Romaben Nimeshkumar Patel's family and Plaintiff Hsin-Hsien Wu's family.  USCIS issued a Request for Evidence ("RFE") to Plaintiff Rajnish Belwariar, Plaintiff Venkata Siva Ganesh Chintalapudi and Plaintiff Sergei Valerevich Bratushev.  USCIS adjudicated the Form I-526 petitions for Plaintiff Dhruvil Anilbhai Patel and Plaintiff Po-Yu Chen.  USCIS will take adjudicative action on the remaining

applications.

In light of USCIS' action, the parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow the agency to further process Plaintiffs' applications. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until November 17, 2025, at which time the parties will file a joint status report. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. The parties also request the Court to vacate or continue the case management conference scheduled for November 5, 2025, at 10:00 a.m.

Dated: August 19, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Defendant

Dated:  August 19, 2025

*/s/ Jesse Bless*
JESSE BLESS
*Pro Hac Vice*

KRISTINA DAVID
David Strashnoy Law, PC

Attorney for Plaintiffs

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case management conference scheduled for November 5, 2025, is hereby vacated. Joint status report due November 17, 2025.

Date:   August 19, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge



Stipulation to Stay
C 5:25-cv-04814 NC                          3